Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Valerie Davis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DAVIS, ) <br>    Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social ) <br> Security, ) <br>    Defendant. ) | Case No.: 2:22-cv-03530-JEM <br><br> ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND DOLLARS** ($3,000.00) as authorized by 28 U.S.C. § 2412(d) and subject to the terms and conditions of the Stipulation.

DATED: January 13, 2023

                                              /s/ John E. McDermott
                                        HON. JOHN E. McDERMOTT
                                        United States Magistrate Judge